UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| MILTON E. HARTSOOK ) | |
| ) | |
| v. ) | NO. 2:08-CV-176 |
| ) | *Mattice/Lee* |
| ED GRAYBEAL, BRENDA DOWNS, ) | |
| BILLY MITCHEL, (LT.) MITHORN, ) | |
| (LT.) PERRY ALLEN, DARRELL ) | |
| TIPTON, OFFICER BOWERS, ) | |
| OFFICER PAGE, OFFICER DARTHY, ) | |
| OFFICER TUCKER, DOCTOR ) | |
| PINYARD, R.N. PAT HOLLINFIELD ) | |
| NURSE BRUCE FELLERS, and ) | |
| NURSE ANGIE HOLLINFIELD ) | |

## **MEMORANDUM**

This is a *pro se* civil rights action for injunctive and monetary relief brought by a prisoner in the Washington County Detention Center pursuant to 42 U.S.C. § 1983. The form complaint signed by the plaintiff contains the following notice:

> **YOU** ARE RESPONSIBLE FOR KEEPING THE COURT INFORMED IMMEDIATELY OF ANY ADDRESS CHANGES. FAILURE TO PROVIDE YOUR CORRECT ADDRESS TO THIS COURT WITHIN TEN (10) DAYS FOLLOWING **ANY** CHANGE OF ADDRESS WILL RESULT IN THE **DISMISSAL** OF THIS ACTION.

Despite the warning, a copy of an order entered in this case was mailed to the plaintiff at the address he listed as his current address in his complaint, and was

returned to the Court by the postal authorities more than ten days ago, marked, "Subject Not Here; Return to Sender." Obviously, without the plaintiff's correct address, neither the Court nor the defendants can communicate with him regarding his case. Accordingly, a judgment order will enter **DISMISSING** this case for want of prosecution. Rule 41(b), Federal Rules of Civil Procedure.

**ENTER:**

/s/Harry S. Mattice, Jr.
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

2

Case 2:08-cv-00176-HSM-SKL   Document 7   Filed 01/29/09   Page 2 of 2   PageID #: 20